

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-7-2007

# USA v. Santos

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-1296

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Santos" (2007). *2007 Decisions.* Paper 1515.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1515

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-1296

UNITED STATES OF AMERICA

v.

JULIO ALBERTO SANTOS,

Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Criminal Nos. 04-cr-0286 and 04-cr-0418
(Honorable Mary A. McLaughlin)

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 2, 2007
Before: SCIRICA, *Chief Judge*, McKEE and NOONAN[*], *Circuit Judges*.

(Filed: March 7, 2007)

OPINION OF THE COURT

NOONAN, *Circuit Judge*.

Julio Santos ("Santos") pled guilty both to re-entry after deportation, in violation

of 8 U.S.C. § 1326 (a), (b)(2), and escape, in violation of 18 U.S.C. § 751. Santos now

---

[*]The Honorable John T. Noonan, Jr., United States Circuit Judge for the Ninth Judicial
Circuit, sitting by designation.

appeals, arguing that his sentence imposes an "unwarranted" sentence disparity in violation of 18 U.S.C. § 3553(a)(6), because an offender in a fast-track immigration district would have received a lesser sentence for the re-entry offense. We have jurisdiction under 18 U.S.C. § 3742(a) and affirm.

We have recently considered and rejected the fast-track disparity argument. *United States v. Vargas*, 2007 WL 518630 (3d Cir. 2007). "Because ... the disparity between sentences in fast-track and non-fast-track districts is authorized by Congress and, hence, warranted," *id.* at *2, "a district court's refusal to adjust a sentence to compensate for the absence of a fast-track program does not make a sentence unreasonable." *Id.* at *3.

AFFIRMED.